AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHRISTOPHER W. TAYLOR,

          Plaintiff,

          v.

GRANT COUNTY CHIEF DEPUTY PROSECUTOR D. ANGUS LEE, DEPUTY PROSECUTOR ERIK PUCCIO and CORRECTIONS OFFICER TROY ALLISON,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-469-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Motion (Ct. Rec. 15) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

3/24/11  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Sheila Parpolia  
*(By) Deputy Clerk*  
Sheila Parpolia